In re:  
Sara Crespo  
Austin R. Redfearn  
    Debtors

Case No. 18-11285-j  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1084-1     User: admin     Page 1 of 2     Date Rcvd: Sep 04, 2018  
                     Form ID: 318     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.

```
db/jdb         +Sara Crespo,    Austin R. Redfearn,    1507 Park Ave.,    Alamogordo, NM 88310-3907
3739676        +Axcssfn/cngo,    7755 Montgomery Rd Ste 4,    Cincinnati, OH 45236-4291
3739678        +Collection Resources I,    650 Montana Ave Ste J,    Las Cruces, NM 88001-4294
3739679         Dish Network,    c/o Convergent,    PO Box 1280,    Oaks, PA 19456-1280
3739681        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
3739697        +GM Financial,    c/o MRS,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
3739696         GM Financial,    c/o Vital Recovery Services,    PO Box 923748,    Norcross, GA 30010-3748
3739683         Ginny's,    1002 E. 7th Ave.,    Monroe, WI 53566-1364
3739686        +Kendall Redfern,    1507 Park Ave.,    Alamogordo, NM 88310-3907
3739688        +Loco Credit Union,    808 Washington Ave,    Alamogordo, NM 88310-5166
3739689        +Midwest Finance,    800 10th Street,    Alamogordo, NM 88310-6474
3739698         Montgomery Ward,    c/o Universal Fidelity,    PO Box 219785,    Houston, TX 77218-9785
3739699        +National Management Recovery,    sii Check 'n Go,    5571 N. University Dr. Suite 203,
                 Pompano Beach, FL 33067-4653
3739691        +Northeast Veterinary Clinic,    9405 Dyer Street,    El Paso, TX 79924-6494
3739674        +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
3739675        +Santander dba Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
3739692         Security Fin,    C/o Security Finance,    Spartanburg, SC 29304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +EDI: RMSC.COM Sep 05 2018 04:53:00    Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
3739677        +EDI: TCISOLUTIONS.COM Sep 05 2018 04:53:00    Cavalry SPV II sii GE Money Bank/Chevron,
                 c/o Total Card, Inc.,    5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
3739680        +E-mail/Text: bankruptcy@usecapital.com Sep 05 2018 01:02:20    El Paso Animal Emergency Center,
                 c/o Capital Accounts,    PO Box 140065,    Nashville, TN 37214-0065
3739682        +EDI: BLUESTEM Sep 05 2018 05:03:00    Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
3739684        +EDI: PHINAMERI.COM Sep 05 2018 04:53:00    Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
3739685         EDI: CBCSI.COM Sep 05 2018 04:53:00    Hospital of Providence Sierra,    c/o CBCS,
                 PO Box 163279,    Columbus, OH 43216-3279
3739690         EDI: CBS7AVE Sep 05 2018 05:03:00    Montgomery Ward,    112 7th Ave.,    Monroe, WI 53566-1364
3739700         EDI: NMTRD.COM Sep 05 2018 04:53:00    NM Taxation & Revenue Department,    PO Box 8575,
                 Albuquerque, NM 87198-8575
3739693         EDI: CBS7AVE Sep 05 2018 05:03:00    Seventh Ave.,    1112 7th Ave.,    Monroe, WI 53566-1364
3739695        +E-mail/Text: bankruptcy@cottonwoodfinancial.com Sep 05 2018 01:01:48    The Cash Store,
                 516 First Street, Suite F,    Alamogordo, NM 88310-6511
                                                                                              TOTAL: 10

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3739687          Liberty Fin
3739694        ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                      Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2018 at the address(es) listed below:

        James E Shively   on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
         bkecf@bsmplc.com
        Philip J. Montoya    pmontoya@swcp.com,   pjmlaw@swcp.com;NM10@ecfcbis.com
        R Trey Arvizu, III    on behalf of Joint Debtor Austin R. Redfearn trey@arvizulaw.com,
         eva@arvizulaw.com;shawna@arvizulaw.com;lydia@arvizulaw.com
        R Trey Arvizu, III    on behalf of Debtor Sara  Crespo trey@arvizulaw.com,
         eva@arvizulaw.com;shawna@arvizulaw.com;lydia@arvizulaw.com
        United States Trustee    ustpregion20.aq.ecf@usdoj.gov

                                                                                                                                        TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sara Crespo** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8172** <br> EIN |
| Debtor 2 <br> (Spouse, if filing) | **Austin R. Redfearn** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1162** <br> EIN |
| United States Bankruptcy Court   **District of New Mexico** | | |
| Case number:   **18–11285–j7** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sara Crespo                                   Austin R. Redfearn

9/4/18                                         **By the court:**   Robert H. Jacobvitz
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**